**Tyler Dean MESSER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77111**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 17, 2015

Gary E. Brotherton, Columbia, MO, for appellant.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Before Division Three: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

Tyler Messer ("Messer") pled guilty to one count of forcible rape and is currently in the custody of the Missouri Department of Corrections serving a twenty-year sentence. He seeks post-conviction relief under Rule 24.035 by alleging that he re-

ceived ineffective assistance of counsel. The motion court denied his motion following an evidentiary hearing. Messer brings this appeal to challenge the motion court's denial. We affirm. Rule 84.16(b). A memorandum explaining our decision has been provided to the parties.